76 A.3d 535

**Douglas E. BASHAM, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

No. 1 WAP 2013.

Supreme Court of Pennsylvania.

Sept. 23, 2013.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of September, 2013, the above captioned appeal is quashed for failure to file a brief.